PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Victor Alexandroff, Esq. (SBN 136972); Daniel Ghyczy, Esq. (SBN 316363)<br>ALEXANDROFF LAW GROUP<br>16542 Ventura Blvd. Ste. 203<br>Encino, CA 91436<br>TELEPHONE NO: 818-908-8899  FAX NO. (Optional): 818-908-8898<br>E-MAIL ADDRESS (Optional): litigation@alglegal.com<br>ATTORNEY FOR (Name): PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 42011 4th Street W
MAILING ADDRESS: 42011 4th Street W
CITY AND ZIP CODE: Lancaster, CA 93534
BRANCH NAME: ANTELOPE VALLEY COURTHOUSE

FSC: 01/11/2023
TRIAL: 01/20/2023
OSC: 11/15/2024

PLAINTIFF: LILIANA NIETO

DEFENDANT: WALMART INC. and
[x] DOES 1 TO 25, inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [x] OTHER (specify): Premises Liability
[ ] Property Damage   [ ] Wrongful Death
[x] Personal Injury    [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: 21AVCV00918

1. Plaintiff (name or names): LILIANA NIETO
   alleges causes of action against defendant (name or names):
   WALMART INC. and DOES 1 to 25, inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

EXHIBIT "1" - Page 5

PLD-PI-001

| SHORT TITLE: NIETO v. WALMART INC. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☒ except defendant (name): WALMART INC.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 to 25, inclusive    were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1 to 25, inclusive    are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: NIETO v. WALMART INC. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [ ] Motor Vehicle
   b. [x] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [x] Premises Liability
   f. [ ] Other *(specify):*

11. Plaintiff has suffered
   a. [x] wage loss
   b. [ ] loss of use of property
   c. [x] hospital and medical expenses
   d. [x] general damage
   e. [ ] property damage
   f. [x] loss of earning capacity
   g. [ ] other damage *(specify):*

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [x] compensatory damages
      (2) [ ] punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) [x] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: November 2, 2021

VICTOR ALEXANDROFF, ESQ.
_____
(TYPE OR PRINT NAME)

▶ /s/ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: NIETO v. WALMART INC. | CASE NUMBER: |
|---|---|

__FIRST__
(number)

**CAUSE OF ACTION—Premises Liability**    Page  4

ATTACHMENT TO  [x] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. *(name):* LILIANA NIETO

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* December 28, 2019    plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*
Defendants, and each of them negligently and carelessly owned, operated, maintained, controlled and inspected the subject premises so as to create or permit the existence of a dangerous condition. The subject premises was in a dangerous condition at the time the injuries and damages were caused, and Plaintiff's injuries were caused by the dangerous condition. The dangerous condition consisted of water on the floor from a leaky roof. As a direct result of Defendant's negligence, Plaintiff slipped and fell on the wet floor and suffered, and continues to suffer damages including but not limited to bodily injury, pain and suffering, wage loss, hospital and medical expenses, and loss of earning capacity.

Prem.L-2.  [x] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*

WALMART INC. and

[x] Does 1 _____ to 25, inclusive

Prem.L-3.  [x] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

WLAMART INC. and

[x] Does 1 _____ to 25, inclusive

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.  [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.a. [x] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

WALMART INC. and

[x] Does 1 _____ to 25, inclusive

b. [x] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [x] as follows *(names):*

DOES 1 to 25, inclusive

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California PLD-
PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

EXHIBIT "1" - Page 8

PLD-PI-001(2)

| SHORT TITLE: NIETO v. WALMART INC. | CASE NUMBER: |
|---|---|

__SECOND__ **CAUSE OF ACTION—General Negligence**    Page __5__
(number)

ATTACHMENT TO [x] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: LILIANA NIETO

alleges that defendant *(name)*: WALMART INC. and

[x] Does __1__ to __25, inclusive__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: December 28, 2019

at *(place)*: Walmart Inc. located at 37140 47th Street E, Palmdale, CA 93552

*(description of reasons for liability):*
**GN-1** At all times mentioned herein, Defendant Walmart Inc. was and is a corporation conducting business in the State of California, County of Los Angeles, City of Palmdale.
**GN-2** At all times mentioned herein Defendant Walmart Inc. and Does 1 - 25, inclusive were the owners, operators and managers of Walmart Inc. located at 37140 47th Street E, Palmdale, CA 93552 ("subject premises").
**GN-3** On December 28, 2019, Liliana Nieto ("Plaintiff") was a customer shopping at the subject premises when she slipped and fell on water that had accumulated on the floor from a leaking roof above.
**GN-4** Defendants, and each of them, owed a duty to Plaintiff to maintain the subject premises in a safe condition.
**GN-5** Defendants, and each of them, negligently and carelessly owned, operated, maintained, managed, controlled, inspected, repaired and/or entrusted, the subject premises by creating or allowing a dangerous, unsafe and defective condition to exist by allowing water from a leaking roof to accumulate on the floor in the isles where Plaintiff and other customers where shopping.
**GN-6** Defendants, and each of them, knew, or in the exercise of reasonable care should have known, in adequate time, of the dangerous condition, or Defendant created the dangerous condition either through the acts of its employees, in its negligent maintenance of equipment, or in its negligent method of operation, and Defendants and each of them should have corrected, modified, changed or made safe the dangerous condition, or warned Plaintiff of its existence, and not endanger Plaintiff and other shoppers walking in the isles within the subject premises.
**GN-7** As a direct and proximate result of the negligent acts and conduct of Defendants, and each of them, Plaintiff was compelled to and did seek medical care and treatment. Plaintiff has incurred costs for medical care, treatment and expenses for drugs, physicians, surgeons, hospitals, therapy, and incidentals rendered to her. Plaintiff is informed and believes and thereon alleges that by reason of said injuries, she will require further medical care and therapy, and will incur further liability for such care and related expenses. The full extent of all such expenses incurred and to be incurred, is presently unknown to Plaintiff who will seek leave of Court to amend the pleadings when the same has been ascertained.
**GN-8** As a direct and proximate result of the negligent acts and conduct of Defendants, and each of them, Plaintiff was injured in her health, strength and activity, sustaining injuries to various parts of her body, and injury to her nervous system, and various other injuries to her person, including loss of capacity for the enjoyment of life, all of which have caused and will continue to cause Plaintiff great mental and physical pain and suffering, all to her damage in an amount to be proven at the time of trial.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courts.ca.gov