REMAND / JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LILIANA NIETO,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC. and DOES 1 to 25, inclusive,<br><br>    Defendant(s). | Case No: CV 22-1786-GW-Ex<br><br>**ORDER RE: JOINT STIPULATION TO REMAND THE FEDERAL ACTION TO STATE COURT**<br><br>[Filed concurrently with Joint Stipulation to Remand]<br><br>District Judge:  Hon. George H. Wu<br>                         Ctrm. 9D<br><br>Magistrate Judge: Hon. Charles F. Eick<br><br>Complaint Filed:  November 15, 2021<br>Trial Date:            January 24, 2023 |

      The Parties to the above-referenced action have filed a Stipulation to Remand. The Court having reviewed that stipulation and good cause appearing, orders as follows:

      1.    The Parties' stipulation is **approved**;

      2.    Central District of California case number: 2:22-CV-01786 GW (Ex)

entitled *Liliana Nieto v. Walmart, Inc., et al.*, **IS HEREBY REMANDED** to the Los Angeles County Superior Court, 111 N. Hill Street, Los Angeles, CA 90012, Case No. 21ACVC00918.

3. All dates and deadlines are **VACATED**; and,

4. The Clerk of Court shall close the case.

   **IT IS SO ORDERED**.

Dated: July 28, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

Kirsten K. Cinquemani, Esq. (State Bar No. 290106)
kcinquemani@tysonmendes.com;
Tiffany D. Chukiat, Esq. (State Bar No. 267347)
tchukiat@tysonmendes.com
TYSON & MENDES, LLP
17901 Von Karman Avenue, Suite 600
Irvine, CA 92614
Telephone: (949) 490-4840 | Facsimile: (949) 267-5261

Attorneys for Defendant Walmart Inc.